# UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>           v.<br><br>THE GREATER NEW YORK FOOD<br>PROCESSORS ASSOCIATION, INC.<br>    Defendant. | Civil Action No. 132-227 |

## MOTION OF THE UNITED STATES TO
## TERMINATE A LEGACY ANTITRUST JUDGMENT

Plaintiff**,** United States of America ("United States"), moves to terminate the judgment in the above-captioned antitrust case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  As explained in the accompanying United States' Memorandum of Law Regarding Termination of A Legacy Antitrust Judgment, the United States has concluded that because of age and changed circumstances since its entry, this decades-old judgment no longer serves to protect competition.  The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgment in the above-captioned case; it received no comments opposing termination.  For these and other reasons explained in the accompanying memorandum, the United States requests that this judgment be terminated.

Respectfully submitted,

Dated: January 22, 2020        /s/ *Milosz Gudzowski*
　　　　　　　　　　　　　　Milosz Gudzowski
　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　26 Federal Plaza, Suite 3630
　　　　　　　　　　　　　　New York, NY 10128
　　　　　　　　　　　　　　Telephone:  (212) 824-1343
　　　　　　　　　　　　　　Facsimile:  (212) 335-8023
　　　　　　　　　　　　　　Email:     milosz.gudzowski@usdoj.gov